FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CANDELARIA CRUZ-CARRASCO,<br><br>　　　　Defendant. | No. 4:19-CR-06021-SAB<br><br>**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** |

　　　Before the Court is the United States of America's Motion to Dismiss (ECF No. 109). The Court has reviewed the motion and the file therein and is fully informed. The United States seeks to dismiss the Indictment in this matter in the interest of justice and pursuant to Federal Rule of Criminal Procedure 48(a). For good cause shown, the Court grants the motion.

//
//
//
//
//
//
//
//

**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** *1

Accordingly, **IT IS HEREBY ORDERED**:

1. The United States of America's Motion to Dismiss (ECF No. 109) is **GRANTED**.

2. All pending deadlines and hearings, including the pretrial conference on August 3, 2022 and jury trial on September 12, 2022, are **STRICKEN** from the Court's calendar.

3. The Indictment in the above-captioned matter is **DISMISSED without prejudice**.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel and the U.S. Probation Office, <u>and</u> close the file.

**DATED** this 15th day of July 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE** *2